IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| EARNEST CLAYTON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 615-075 |
| | * | |
| HESTER, OSBORNE, BRIAN CHAMBERS, JOHN DOE, AND JANE DOE, | * | |
| | * | |
| Defendants. | * | |

## O R D E R

Presently pending before the Court is Plaintiff's Notice of Voluntary Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss a claim without a court order before the opposing party serves an answer or a motion for summary judgment. A review of the docket shows that Defendants have not served an answer or a motion for summary judgment. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The clerk shall **TERMINATE** all deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 25th day of September, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA